# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  RELOCATION OF | : | NO. 444 |
| MAGISTERIAL DISTRICT 33-3-02 | : | |
| WITHIN THE THIRTY-THIRD JUDICIAL | : | MAGISTERIAL RULES DOCKET |
| DISTRICT OF THE COMMONWEALTH | : | |
| OF PENNSYLVANIA | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2020, upon consideration of the Petition for Relocation of Magisterial District Court 33-3-02 within the Thirty-third Judicial District (Armstrong County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the relocation of Magisterial District 33-3-02 to 128 South Grant Avenue, Kittanning, Pennsylvania, outside of the boundaries of the magisterial district from which the judge is elected, to be effective August 1, 2020, is granted.